BARTON TRACY and JOEL CHAFFEE *v.* ARUNAH SPEAR,
Admr. BENJAMIN EMMONS.

An administrator, as such, has no authority to file a deed of lands of the estate, under the provisions of the seventh section of the "betterment" act.

THE defendant, as administrator of Benjamin Emmons, having recovered a judgment, in ejectment, against the plaintiffs, and the latter having filed their declaration for betterments, the defendant lodged his warranty deed, as such administrator, with the clerk of the court, of the premises in controversy.——And the question was, whether such deed was valid to convey the premises.

. By the Court.——The defendant, as administrator, had no authority to execute the deed in question.   None but those holding the actual title can convey in a case like the one before us. .

The case was sent to the county court upon an issue joined to the country.